IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL MARZETTE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SP PLUS CORPORATION**, a Delaware corporation,<br><br>Defendant. | Case No. 1:20-cv-05119<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF SP PLUS CORPORATION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Michael Marzette ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims asserted against SP Plus Corporation ("Defendant") in this action as to himself in his individual capacity without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the claims against Defendant may be dismissed without prejudice without an Order of the Court.

Respectfully Submitted,

**MICHAEL MARZETTE**, individually and on behalf of all others similarly situated individuals,

Dated: November 6, 2020

By: */s/ Patrick H. Peluso*
      One of Plaintiff's Attorneys

Marc E. McCallister
mem@mccallisterlawgroup.com
McCallister Law Group
200 North LaSalle Street, Suite 2150
Chicago, IL 60601
(312) 345-0611

Steven L. Woodrow
swoodrow@woodrowpeluso.com

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809
*Attorneys for Plaintiff and the Class*

*\* Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on November 6, 2020.

/s/ Patrick H. Peluso